Proceeding Memo
(7/03 IAN)

**UNITED STATES BANKRUPTCY COURT - NORTHERN DISTRICT OF IOWA**
**PROCEEDING MEMO AND ORDER**

IN RE:   STRAWBERRY POINT LUTHERAN                          Ch. 11
         HOME FOR THE AGED
                                          Bankruptcy No. 05-00155

Date of Hearing: April 6, 2006

APPEARANCES:

For Debtor:   Michael Mallaney

NATURE OF PROCEEDING:      X In Court      ___ Telephonic

**1) Second Amended Disclosure Statement**
**2) Report on Claims**

IT IS ORDERED THAT:

Pursuant to the record made, the Second Amended Disclosure Statement filed March 3, 2006 is approved.

The Report on Claims filed January 31, 2006 is approved.

Dated and Entered   April 6, 2006

_____
Chief Bankruptcy Judge